Case 1:10-cv-05556-SLT-LB Document 2 Filed 11/29/10 Page 1 of 3 PageID #: 14

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV 10- 5556

ANNETTE NASH / William Heines

Plaintiff

-vs-

Staten Island University Hospital's
DR. Barbara, Minkowitz, MD. (et. at)
DR. Barbera, Carl, DR. Thomas, Usha, MD.
DR. Bu rnaspina MD. Defendant(s)

REQUEST TO PROCEED
IN FORMA PAUPERIS

RECEIVED
NOV 29 2010
PRO SE OFFICE

TOWNES, J.
BLOOM, M.J.

I, Annette Nash / _____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    NO

2. If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
    8/1/10 to 9/1/10 (Temperany Job)
    (Part time.)

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
    SSI Disabilit $627.00
    a) Are you receiving any public benefits?      ☒ Yes, $ _____  ☐ No
    b) Do you receive any income from any other source?    ☐ No  ☒ Yes, $ 627.00

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    NO

5.  Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No   ☐ Yes, _____

6.  List the person(s) that you pay money to support and the amount you pay each month.

7.  Do you pay for <u>rent</u> or for a mortgage? If so, how much each month?

    $1,328.12 Rent.

8.  State any special financial circumstances which the Court should consider.

    Yes, I ANNETTE NASH / And my son William Heinos we are asking the Federal Courts to please waive all filing fee, due to financial circumstances. And Need trail lawyer for fair trail.. Thank you. lawyer was on this case since 5/01 to 11/15/10 was reported as end Date

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 11/29/10                    /s/ Annette Nash
                                        (signature)

rev. 7/2002

```
***   REC 2010316   103726 H4A81AE0 CFOW   CIPQYA5    PQA5    (F-CFO )   ***
```

SOCIAL SECURITY ADMINISTRATION

Date: November 12, 2010
Claim Number:



ANNETTE NASH
26 EBBITTS ST
APT 4M
STATEN ISLAND NY 10306-4823

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

   Beginning April 2010, the current
   Supplemental Security Income payment is...............$ 627.30

   This is after we have withheld 69.70 to recover an overpayment.

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

There was no cost of living adjustment in Social Security benefits in December 2009. The benefit amount shown is current as of the date on this letter.