FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 05 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNETTE NASH AND WILLIAM HEINES,

            Plaintiffs,

  -against-

NEIL B. PTASHNINK, ESQ; JOHNATHAN
C. REITER, ESQ; SEAN F.X. DUGAN, ESQ;
STATEN ISLAND UNIVERSITY HOSPITAL,

            Defendants.
------------------------------------------------------------X

JUDGMENT
10-CV- 5556 (SLT)

      A Memorandum Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 30, 2010, dismissing the complaint for lack of subject-matter jurisdiction, pursuant to Federal Rules of Civil Procedure 12(h)(3); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying in forma pauperis status for purpose of an appeal; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the complaint is dismissed for lack of subject-matter jurisdiction, pursuant to Federal Rules of Civil Procedure 12(h)(3); that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that in forma pauperis status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       January 04, 2011

                                                ROBERT C. HEINEMANN
                                                Clerk of Court