ORIGINAL

FORM 1

# NOTICE OF APPEAL

* * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

William Heines
ANNETTE NASH
.vs.
Neil B. Ptahnink
et, al

**NOTICE OF APPEAL**

10-CV-5556
Docket No.

Notice is hereby given that MS. Annette Nash
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) ( 5 of 6 And 5 and 6 )

entered in this action on the __1__ day of __10__, 20 __11__.

Signature: Annette Nash

Printed Name: Annette Nash

Address: 26 Ebbitts St.

S.I. N.Y. 10306 Apt 4M

Telephone No. (with area code): (718) 351-2555

Date: 1/14/11



RECEIVED JAN 14 2011 PRO SE OFFICE